# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SHEZAD AKBAR, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00974 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| SGT. ERIC HAMBLIN, *et al.* | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #53) that this case be stayed and administratively closed pending resolution of Plaintiff Shezad Akbar's state criminal proceedings; that within 30 days after the last relevant state-court judgment is rendered, Plaintiff Akbar be ordered to file a motion to reopen this case, with the understanding that his failure to do so may result in dismissal of the case without prejudice for failure to prosecute or to comply with the court's order; that the parties be ordered to file, within 14 days of any order reinstating the case, supplemental briefing explaining whether *Heck v. Humphrey*, 512 U.S. 477 (1994), bars Plaintiff Akbar's complaint; and that Plaintiff Akbar's motions for injunctive relief, (Dkts. ##19, 22, 24, 25, 26, 27, 28, 29), Plaintiff Akbar's Motion to Quash, (Dkt. #34), the Defendants' Motions to Dismiss, (Dkts. ##38, 43), and Defendants Sergeant Eric Hamblin and Sheriff Tracy Murphree's Motion to Stay, (Dkt. #45), be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending resolution of Plaintiff Akbar's state criminal proceedings.

It is **FURTHER ORDERED** that within 30 days after the last relevant state-court judgment is rendered, Plaintiff Akbar must file a motion to reopen this case, with the understanding that his failure to do so may result in dismissal of the case without prejudice for failure to prosecute or to comply with the court's order.

It is **FURTHER ORDERED** that the parties are ordered to file, within 14 days of any order reinstating the case, supplemental briefing explaining whether *Heck v. Humphrey*, 512 U.S. 477 (1994), bars Plaintiff Akbar's complaint.

It is **FURTHER ORDERED** that Plaintiff Akbar's motions for injunctive relief, (Dkts. ##19, 22, 24, 25, 26, 27, 28, 29), Plaintiff Akbar's Motion to Quash, (Dkt. #34), the Defendants' Motions to Dismiss, (Dkts. ##38, 43), and Defendants Sergeant Eric Hamblin and Sheriff Tracy Murphree's Motion to Stay, (Dkt. #45), are dismissed without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2